Scott Lynn **PINHOLSTER,**
Petitioner–Appellee,

v.

Robert L. **AYERS, Jr., Warden,**
Respondent–Appellant.

Scott Lynn Pinholster, Petitioner–
Appellant,

v.

Robert L. Ayers, Jr., Warden,
Respondent–Appellee.

Nos. 03–99003, 03–99008.

United States Court of Appeals,
Ninth Circuit.

March 20, 2009.

Sean K. Kennedy, Lawrence B. Berroya, Anthony J. Cavalluzzi, Dean R. Gits, Sean

965

K. Kennedy, Federal Public Defender's Office, Los Angeles, CA, Michael R. Snedeker, Snedeker, Smith & Short, Portland, OR, for Petitioner–Appellee.

Kristofer Jorstad, Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellant.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.